Peter KOSTYSHYN, Defendant–
Below Appellant,

v.

STATE of Delaware, Plaintiff–
Below Appellee.

No. 40, 2015

Supreme Court of Delaware.

Submitted: August 26, 2015

Decided: September 14, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 0908020496

AFFIRMED.

Zechariah PALMER, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 291, 2015

Supreme Court of Delaware.

Submitted: September 8, 2015

Decided: September 14, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID Nos. 1411011364 and 1403020165

DISMISSED.

Anthony MANISCALCO, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee

No. 460, 2015

Supreme Court of Delaware.

Submitted: September 9, 2015

Decided: September 14, 2015

Court Below—Court of Common Pleas the State of Delaware, in and for New Castle County, Cr. ID No. 1101022116

DISMISSED.

Daniel WING, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 184, 2015

Supreme Court of Delaware.

Submitted: September 9, 2015

Decided: September 14, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 0912005012

DISMISSED.